TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Michael.Thorpe@usdoj.gov

FILED US District Court-UT
MAY 25 '22 PM01:41

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON BRET FORD and JAMIE ILENE FORD,<br><br>Defendants. | **INDICTMENT**<br><br>VIOLATIONS:<br><br>Count I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (JASON FORD and JAMIE FORD);<br><br>Count II: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms (JASON FORD);<br><br>Count III: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm (JAMIE FORD). |

Case: 2:22-cr-00189
Assigned To : Barlow, David
Assign. Date : 5/24/2022

The Grand Jury Charges:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about May 4, 2022, in the District of Utah,

JASON BRET FORD,
and JAMIE ILENE FORD,

defendants herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT II**
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about May 4, 2022, in the District of Utah,

JASON BRET FORD,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

- Grant Defense GD 15 Multi Model AR-15 .223 caliber rifle;
- Taurus G2C Model 9mm caliber pistol;
- Ruger .357 Security Six Model revolver;
- Smith & Wesson M&P Bodyguard Model .380 caliber pistol;
- Winchester Model 1400 Ranger 12-gauge shotgun;
- Marlin Model 1895G lever action 45-70 caliber rifle;
- Excel Arms Model X-9P 9mm caliber pistol;
- Masterpiece Arms Model Mac 10 .45 caliber firearm;
- Browning Model BLR LT WT 81 30-06 caliber rifle;
- Parker Bros 12-gauge shotgun;

and the firearms were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

//

**COUNT III**
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about May 4, 2022, in the District of Utah,

JAMIE ILENE FORD,

defendant herein, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a SCCY Industries CPX-2 Model 9mm pistol, and the firearm was in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922(g), the defendants shall forfeit to the United States of America any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

- Grant Defense GD 15 Multi Model AR-15 .223 caliber rifle;
- Taurus G2C Model 9mm caliber pistol;
- Ruger .357 Security Six Model revolver;
- Smith & Wesson M&P Bodyguard Model .380 caliber pistol;
- Winchester Model 1400 Ranger 12-gauge shotgun;
- Marlin Model 1895G lever action 45-70 caliber rifle;
- Excel Arms Model X-9P 9mm caliber pistol;
- Masterpiece Arms Model Mac 10 .45 caliber firearm;

- Browning Model BLR LT WT 81 30-06 caliber rifle;
- Parker Bros 12-gauge shotgun;
- SCCY Industries CPX-2 Model 9mm pistol;
- Any and all associated ammunition, scopes, holsters, and accessories to the firearms listed above.

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MICHAEL J. THORPE
Assistant United States Attorney